United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Paul Sampson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-25-1818 |
| Texas EZPAWN Management, Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On July 14, 2025, Plaintiff, Paul Sampson, filed a Joint Notice of Settlement (docket no. 9) announcing that a settlement has been reached in this action with Defendant, Texas EZPAWN Management, Inc.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this ____16th____ day of July, 2025.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE