United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Paul Sampson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-25-1818 |
| Texas EZPAWN Management, Inc., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On July 29, 2025, Plaintiff, Paul Sampson, and Defendant, Texas EZPAWN Management, Inc., filed a Joint Stipulation of Dismissal with Prejudice (docket no. 12) asserting that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 29th day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE